IN THE MATTER OF DANIEL A. MARINARO FOR LEAVE TO TAKE THE BAR EXAMINATIONS.

Argued May 3, 1938—Decided June 4, 1938.

Before Justices TRENCHARD, PARKER and PERSKIE.

For the applicant, *Frank C. Scerbo*.

For the Morris County Bar Association, *Elmer King, Jr.*

PER CURIAM.

The application is denied.